**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Friends of Citrus And The Nature Coast, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Hospice of Citrus County, Inc.** <br> **Hospice of Citrus and the Nature Coast** <br> **Hospice of the Nature Coast** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-2401197** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3264 W. Audubon Park Path** <br> **Lecanto, FL 34461** <br> Number, Street, City, State & ZIP Code | **18489 US Hwy 41 N** <br> **#2278** <br> **Lutz, FL 33548** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Citrus** <br> County | **Location of principal assets, if different from principal place of business** <br> **8471 W Perivinkle Lane Homosassa, FL 34446** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.friendsofcitrus.org** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Friends of Citrus And The Nature Coast, Inc.**

Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>6241</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Friends of Citrus And The Nature Coast, Inc.**                          Case number (*if known*) _____
Name

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Friends of Citrus And The Nature Coast, Inc.**
     Name

Case number (*if known*) _____

---

     **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/14/2019
         MM / DD / YYYY

X _____
    Signature of authorized representative of debtor

Title   **Chief Executive Officer**

**Bonnie L. Saylor**
Printed name

---

**18. Signature of attorney**

X   /s/ Frank P. Terzo
    Signature of attorney for debtor

Date   08/14/19
      MM / DD / YYYY

**Frank P. Terzo 906263**
Printed name

**Nelson Mullins Broad and Cassel**
Firm name

**100 SE 3rd Avenue**
**Suite 2700**
**Fort Lauderdale, FL 33394**
Number, Street, City, State & ZIP Code

Contact phone   **954-764-7060**

Email address   **frank.terzo@nelsonmullins.com**

**906263 FL**
Bar number and State

---

Fill in this information to identify the case:

Debtor name **Friends of Citrus And The Nature Coast, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/14/2019          x _____
                                    Signature of individual signing on behalf of debtor

                                    **Bonnie L. Saylor**
                                    Printed name

                                    **Chief Executive Officer**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Friends of Citrus And The Nature Coast, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bonnie Saylor 6643 S. Gilbert Terrace Lecanto, FL 34461** | | **payroll 8/4/19-8/13/19** | | | | **$1,954.25** |
| **CIT 21146 Network Place Chicago, IL 60673-1211** | | | **Disputed** | | | **$17,704.81** |
| **Citrus Hills NH, LLC c/o Shawn E. Harrison, Esq. Shawn E. Harrison Associates 1010 North Florida Ave Tampa, FL 33602** | | **Breach of Contract lawsuit** | **Disputed** | | | **$208,038.92** |
| **CMS c/o Palmetto GBA LLX Medicare Finance (AG-260) 2300 Springdale Drive Bldg 1 Camden, SC 29020** | | **extrapolate for Error rate on Eligibility** | **Contingent** | | | **$1,430,199.63** |
| **CMS c/o Palmetto GBA LLX Medicare Finance (AG-260) 2300 Springdale Drive Bldg 1 Camden, SC 29020** | | **PIP overpayment 2017-2018** | | | | **$207,427.52** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| --- | --- | --- | --- | --- | --- | --- |
| **CMS c/o Palmetto GBA LLX Medicare Finance (AG-260) 2300 Springdale Drive Bldg 1 Camden, SC 29020** | | **IRO audit year 2017-2018. extrapolate for Service Level overpayment** | | | | **$41,105.12** |
| **Dex Imaging P.O. Box 17299 Clearwater, FL 33762** | | | | | | **$8,710.06** |
| **Duke Energy P.O. Box 1004 Charlotte, NC 28201-1004** | | | | | | **$3,159.77** |
| **Harthorne Squared PLLC 1420 Lake Baldwin Lane Suite A Orlando, FL 32814** | | | | | | **$7,500.00** |
| **Jonathan J. Beard 2214 W Deer Trail Ln Lecanto, FL 34461** | | **payroll from 8/4/19-8/13/19** | | | | **$1,898.28** |
| **McBee Associates, Inc. P.O. Box 37135 Baltimore, MD 21297-3135** | | | | | | **$2,938.75** |
| **Newport Group Inc. P.O. Box 24540 Pasadena, CA 91185-4540** | | | | | | **$5,580.00** |
| **Riverwood Health NH, LLC c/o Shawn E. Harrison, Esq. Shawn E. Harrison Associates 1010 North Florida Ave Tampa, FL 33602** | | **Breach of Contract lawsuit** | **Disputed** | | | **$74,978.48** |
| **Saltmarsh, Cleaveland & Gund PO Drawer 13207 Pensacola, FL 32591-3207** | | | | | | **$7,305.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Friends of Citrus And The Nature Coast, Inc.**                                    Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spherion Staffing LLC P.O. Box 742344 Atlanta, GA 30374-2344** | | | | | | **$2,277.60** |
| **Susan Quenelle 1625 SE 2nd Ct Crystal River, FL 34429** | | **payroll 8/4/19-8/13/19** | | | | **$1,702.92** |
| **Terrace Health NH, LLC c/o Shawn E. Harrison, Esq. Shawn E. Harrison Associates 1010 North Florida Ave Tampa, FL 33602** | | **Breach of Contract lawsuit** | **Disputed** | | | **$6,265.71** |
| **U.S. Attorney's Office Attn:  Shea Matthew Gibbons U.S. Attorney's Office 300 N. Hogan St, Suite 700 Jacksonville, FL 32202** | | **2015 Settlement Agreement** | **Unliquidated** | | | **$1,922,000.00** |
| **Vitas Healthcare Corporation of Florida 201 South Biscayne Suite 400 Miami, FL 33131** | | | **Contingent Unliquidated Disputed** | | | **$1,300,000.00** |
| **Wilson Consulting Services 1911 Grayson Highway, Ste 8/173 Grayson, GA 30017** | | | | | | **$4,227.39** |

**Fill in this information to identify the case:**

Debtor name    **Friends of Citrus And The Nature Coast, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from Schedule A/B.......................................................................................    $   **4,129,956.00**

    **1b. Total personal property:**
    Copy line 91A from Schedule A/B.....................................................................................    $   **3,380,962.56**

    **1c. Total of all property:**
    Copy line 92 from Schedule A/B.......................................................................................    $   **7,510,918.56**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D....................    $   **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F..........................................................    $   **22,623.49**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..............................    +$   **5,261,313.63**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b    $   **5,283,937.12**

**Fill in this information to identify the case:**

Debtor name   **Friends of Citrus And The Nature Coast, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.   **Cash on hand** | | | **$700.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Brannon Bank** | **Pass Through Checking** | 3901 | $89,444.50 |
| 3.2. | **Drummond** | **Money Market** | 0792 | $1,951,821.29 |
| 3.3. | **Drummond** | **Checking** | 0776 | $7,035.62 |
| 3.4. | **Drummond** | **Checking PR** | 0784 | $2,500.00 |
| 3.5. | **Drummond** | **Checking** | 0140 | $100.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,051,601.41 |
|---|

Debtor    **Friends of Citrus And The Nature Coast, Inc.**                    Case number *(If known)* _____
              Name

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Withlacoochee River Electric** | $1,265.00 |
|---|---|---|
| 7.2. | **Citrus County Utilties $400, $50, $880** | $1,330.00 |
| 7.3. | **City of Chiefland** | $520.00 |
| 7.4. | **City of High Springs** | $200.00 |
| 7.5. | **Citrus County Landfill** | $500.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. | **Saltmarsh** | $5,000.00 |
|---|---|---|
| 8.2. | **L. William Porter, III, Esq.** | $14,787.15 |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.                    | $23,602.15 |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  **1,250.00**  -  **0.00**  = ....  | **$1,250.00** |
                          face amount        doubtful or uncollectible accounts

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | **183,397.47** | - | **183,397.47** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$1,250.00**

## Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **See attached list** | **$8,846.00** | **Liquidation** | **$3,771.00** |
| 40. **Office fixtures** <br> **See attached list** | **$0.00** | **N/A** | **$0.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Friends of Citrus And The Nature Coast, Inc.**                 Case number *(If known)* _____
          Name

43.    **Total of Part 7.**                                                        | $3,771.00 |
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2000 Ford 350 | $8,855.00 | | $738.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                        | $738.00 |
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number *(If known)* | |
| | Name | | |

| | apartment or office building, if available. | | | | |
|---|---|---|---|---|---|
| 55.1. | **3264 W Audubon Park Path Lecanto, FL** | | $0.00 | Appraisal | $730,000.00 |
| 55.2. | **8471 Periwinkle Lane Homosassa, FL 34446** | | $0.00 | Appraisal | $1,965,000.00 |
| 55.3. | **1581 W. Gulf to Lake Hwy Lecanto, FL 34461** | | $0.00 | Appraisal | $635,000.00 |
| 55.4. | **304 N Main Street Chiefland, FL 32646** | | $799,956.00 | Tax records | $799,956.00 |
| 55.5. | **Lease property in 18646 High Springs Main Street Suite 40, High Springs, FL** | | $0.00 | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $4,129,956.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☐ No
   ■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites hospiceofcitrus.org** | $0.00 | | $0.00 |
| **friendsofcitrus.org** | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

Debtor   **Friends of Citrus And The Nature Coast, Inc.**          Case number *(If known)* _____
         Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                          | **$0.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Fifth Third Bank; escrow pursuant to Sale of Hospice to Vitas Healthcare** | **$1,300,000.00** |

78.    **Total of Part 11.**                                                          | **$1,300,000.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Friends of Citrus And The Nature Coast, Inc.**       Case number *(If known)*
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,051,601.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,602.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,250.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,771.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $738.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $4,129,956.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,380,962.56 | + 91b. $4,129,956.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,510,918.56 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Friends of Citrus And The Nature Coast, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Friends of Citrus And The Nature Coast, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Abelardo Cortez**<br>**19125 Windjammer Rd**<br>**Clermont, FL 34715** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,547.39 | $1,547.39 |
| | Date or dates debt was incurred | Basis for the claim:<br>**payroll 8/4/19-8/13/19** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Barry E. Greenberg**<br>**5415 NW 24th Terrace**<br>**Gainesville, FL 32653** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,257.40 | $1,257.40 |
| | Date or dates debt was incurred | Basis for the claim:<br>**payroll 8/4/19-8/13/19** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      36137      Best Case Bankruptcy

Debtor **Friends of Citrus And The Nature Coast, Inc.**                    Case number (if known)
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,954.25 | $1,395.90 |

**Bonnie Saylor**
**6643 S. Gilbert Terrace**
**Lecanto, FL 34461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $776.46 | $776.46 |

**Cynthia D. Poole**
**508 S Monroe Street**
**Beverly Hills, FL 34465**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Florida Dept of Revenue**
**6050 W. Wennessee Street**
**Tallahassee, FL 32399-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Sales Tax Liability**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.36 | $840.36 |

**Heather R. Whitbeck**
**204 Pleasant Grove Rd**
**Inverness, FL 34452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $962.13 | $962.13 |
|---|---|---|---|---|

**Jack D. Millian**
**5582 W Heather Court**
**Homosassa, FL 34446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,225.16 | $1,225.16 |
|---|---|---|---|---|

**Jerry W. DeBurger**
**6389 W Oaklawn St**
**Homosassa, FL 34446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,014.38 | $1,014.38 |
|---|---|---|---|---|

**Jessie M. Keefer**
**12275 Ipswich Sparrow Rd**
**Weeki Wachee, FL 34614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,898.28 | $1,898.28 |
|---|---|---|---|---|

**Jonathan J. Beard**
**2214 W Deer Trail Ln**
**Lecanto, FL 34461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll from 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Friends of Citrus And The Nature Coast, Inc.**
Name

Case number (if known)

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,205.60 | $1,205.60 |
|---|---|---|---|---|

**Kenneth Ricks**
**7361 NW 35th Street**
**Chiefland, FL 32626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $954.66 | $954.66 |
|---|---|---|---|---|

**Kristen J. Floto**
**7020 W Grant St**
**Homosassa, FL 34448**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,229.54 | $1,228.54 |
|---|---|---|---|---|

**Margaret M. Beacom**
**5589 W Lucky Ranch Trail**
**Homosassa, FL 34448**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll owed from 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,223.03 | $1,223.03 |
|---|---|---|---|---|

**Mark E. Wright**
**24 S. Jackson Street**
**Beverly Hills, FL 34465**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Friends of Citrus And The Nature Coast, Inc.**  
_____    Case number (if known) _____  
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $904.26 | $904.26 |
|---|---|---|---|---|

**Martha R. Gale**
**27 Birchtree St**
**Homosassa, FL 34446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/10/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.36 | $1,320.36 |
|---|---|---|---|---|

**Maryrose O. Reynolds**
**3718 N. Tamarisk Ave**
**Beverly Hills, FL 34465**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,185.55 | $1,185.55 |
|---|---|---|---|---|

**Richard M. Roy**
**11033 Pine Tree Lane**
**Port Richey, FL 34668**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.92 | $1,702.92 |
|---|---|---|---|---|

**Susan Quenelle**
**1625 SE 2nd Ct**
**Crystal River, FL 34429**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll 8/4/19-8/13/19**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,421.76 | $1,421.76 |
| | **William L. Connolly** | *Check all that apply.* | | |
| | **235 S Filmore St** | ☐ Contingent | | |
| | **Beverly Hills, FL 34465** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **payroll 8/4/19-8/13/19** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.45 |
| | **Ability Network Inc** | ☐ Contingent | |
| | **P.O. Box 856015** | ☐ Unliquidated | |
| | **Minneapolis, MN 55485-6015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.13 |
| | **Advanced Disposal** | ☐ Contingent | |
| | **Citrus County - P8** | ☐ Unliquidated | |
| | **P.O. Box 743019** | ☐ Disputed | |
| | **Atlanta, GA 30374-3019** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Agency for Health Care Admin** | ☐ Contingent | |
| | **2727 Mahan Drive** | ■ Unliquidated | |
| | **Tallahassee, FL 32308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **2015 Settlement Agreement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,704.81 |
| | **CIT** | ☐ Contingent | |
| | **21146 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1211** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208,038.92 |
| | **Citrus Hills NH, LLC** | ☐ Contingent | |
| | **c/o Shawn E. Harrison, Esq.** | ☐ Unliquidated | |
| | **Shawn E. Harrison Associates** | ■ Disputed | |
| | **1010 North Florida Ave** | | |
| | **Tampa, FL 33602** | Basis for the claim:  **Breach of Contract lawsuit** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**Citrus Memorial Hospital**
**502 W Highlands Blvd**
**Inverness, FL 34452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$630.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**City of Chiefland**
**214 East Park Avenue**
**Chiefland, FL 32626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$334.09**

---

**3.8** | Nonpriority creditor's name and mailing address

**City of High Springs**
**23718 W US Hwy 27**
**High Springs, FL 32643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$511.75**

---

**3.9** | Nonpriority creditor's name and mailing address

**CMS**
**c/o Palmetto GBA LLX**
**Medicare Finance (AG-260)**
**2300 Springdale Drive Bldg 1**
**Camden, SC 29020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __PIP overpayment 2017-2018__

Is the claim subject to offset? ■ No ☐ Yes

**$207,427.52**

---

**3.10** | Nonpriority creditor's name and mailing address

**CMS**
**c/o Palmetto GBA LLX**
**Medicare Finance (AG-260)**
**2300 Springdale Drive Bldg 1**
**Camden, SC 29020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __IRO audit year 2017-2018.__
__extrapolate for Service Level overpayment__

Is the claim subject to offset? ■ No ☐ Yes

**$41,105.12**

---

**3.11** | Nonpriority creditor's name and mailing address

**CMS**
**c/o Palmetto GBA LLX**
**Medicare Finance (AG-260)**
**2300 Springdale Drive Bldg 1**
**Camden, SC 29020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __extrapolate for Error rate on Eligibility__

Is the claim subject to offset? ■ No ☐ Yes

**$1,430,199.63**

---

**3.12** | Nonpriority creditor's name and mailing address

**Constangy Brooks Smith**
**& Prophete LLP**
**P.O. Box 102476**
**Atlanta, GA 30368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$148.50**

---

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189.01** |
|---|---|---|---|

**Crystal Springs**
P.O. Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,710.06** |
|---|---|---|---|

**Dex Imaging**
P.O. Box 17299
Clearwater, FL 33762

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.36** |
|---|---|---|---|

**Dex YP**
P.O. Box 9001401
Louisville, KY 40290-1401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,159.77** |
|---|---|---|---|

**Duke Energy**
P.O. Box 1004
Charlotte, NC 28201-1004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.52** |
|---|---|---|---|

**Florida Blue**
P.O. Box 660299
Dallas, TX 75266-0299

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
|---|---|---|---|

**Giant Promotions**
P.O. Box 1123
Lecanto, FL 34460

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Harthorne Squared PLLC**
1420 Lake Baldwin Lane
Suite A
Orlando, FL 32814

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.01** |
|---|---|---|---|

**Homosassa Special Water Dist**
P.O. Box 195
**Homosassa, FL 34487-0195**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$904.63** |
|---|---|---|---|

**Humana Pharmacy Solutions**
P.O. Box 223882
**Pittsburgh, PA 15251-2882**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kimberly Muse Hunter**
c/o Noah E. Storch
**Richard Celler Legal, PA**
**10368 West SR 84 Suite 103**
**Davie, FL 33324**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **FMLA lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,938.75** |
|---|---|---|---|

**McBee Associates, Inc.**
P.O. Box 37135
**Baltimore, MD 21297-3135**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,580.00** |
|---|---|---|---|

**Newport Group Inc.**
P.O. Box 24540
**Pasadena, CA 91185-4540**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$946.62** |
|---|---|---|---|

**Pitney Bowes Global**
**Financial, LLC**
P.O. Box 371887
**Pittsburgh, PA 15250-7887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Quest Diagnostics**
P.O. Box 740709
**Atlanta, GA 30374-0709**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number (if known) | |
|--------|--------|--------|--------|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.05 |
|------|--------|--------|--------|

**Rapid Scale, Inc.**
P.O. Box 840477
Dallas, TX 75284-0477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.59 |
|------|--------|--------|--------|

**Retail First Insurance Co**
P.O. Box 32034
Lakeland, FL 33802-2034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,978.48 |
|------|--------|--------|--------|

**Riverwood Health NH, LLC**
c/o Shawn E. Harrison, Esq.
Shawn E. Harrison Associates
1010 North Florida Ave
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Breach of Contract lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,305.00 |
|------|--------|--------|--------|

**Saltmarsh, Cleaveland & Gund**
PO Drawer 13207
Pensacola, FL 32591-3207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.00 |
|------|--------|--------|--------|

**Schlabagh Security and Sound**
2181 W Norvell Bryant Hwy
Lecanto, FL 34461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|------|--------|--------|--------|

**Service Master Maintenance
Systems of Citrus County**
P.O. Box 741
Lecanto, FL 34460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,277.60 |
|------|--------|--------|--------|

**Spherion Staffing LLC**
P.O. Box 742344
Atlanta, GA 30374-2344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.96**

**Staples Business Credit**
P.O. Box 105638
Atlanta, GA 30348-5638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,265.71**

**Terrace Health NH, LLC**
c/o Shawn E. Harrison, Esq.
Shawn E. Harrison Associates
1010 North Florida Ave
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Breach of Contract lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00**

**Touchstone Heating and Air**
P.O. Box 327
Lake Butler, FL 32054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,922,000.00**

**U.S. Attorney's Office**
Attn:  Shea Matthew Gibbons
U.S. Attorney's Office
300 N. Hogan St, Suite 700
Jacksonville, FL 32202

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __2015 Settlement Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$947.64**

**United Healthcare**
680 Blair Mill Road
Attn:  Theresa Quinn PA062-N
Horsham, PA 19044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,595.00**

**Van's Lawn Maintenance**
501 North Seton Ave
Lecanto, FL 34461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300,000.00**

**Vitas Healthcare**
**Corporation of Florida**
201 South Biscayne Suite 400
Miami, FL 33131

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.20 |

**West FL Medical Associates**
**405 N Central Ave**
**Inverness, FL 34453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,227.39 |

**Wilson Consulting Services**
**1911 Grayson Highway,**
**Ste 8/173**
**Grayson, GA 30017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $629.36 |

**Withlacoochee River Electric**
**P.O. Box 278**
**Dade City, FL 33526-0278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**WWJB Broadcast**
**Operations Center**
**Post Office Box 1507**
**Brooksville, FL 34605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 22,623.49 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,261,313.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 5,283,937.12 |

**Fill in this information to identify the case:**

Debtor name    **Friends of Citrus And The Nature Coast, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Retail Sales Software** | |
| State the term remaining | **C&K Systems Inc**<br>**780 Lynnhaven Parkway**<br>**Suite 345**<br>**Virginia Beach, VA 23452** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Phones Citrus County Lease** | |
| State the term remaining | **Centry Link**<br>**P.O. Box 1319**<br>**Charlotte, NC 28201-1319** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **High Speed internet for 3 locations** | |
| State the term remaining | **Charter Communications aka**<br>**Spectrum Enterprises**<br>**P.O. Box 790450**<br>**Saint Louis, MO 63179-0450** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Copier Equipment Leases** | |
| State the term remaining   **5 years** | **CIT Financing**<br>**2146 Newwork Place**<br>**Chicago, IL 60673-1211** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Friends of Citrus And The Nature Coast, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Copier leases** | |
|---|---|---|---|
| | State the term remaining | | **Dex Imaging**<br>**P.O. Box 17299**<br>**Clearwater, FL 33762** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Mitigation Area Maintenance** | |
|---|---|---|---|
| | State the term remaining | | **Eco Tech Environmental**<br>**P.O. Box 1541**<br>**Bowling Green, FL 33834** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease for location 18646 High Springs Main Street Suite 40, High Springs, FL 32643** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **High Springs Downtown LLC**<br>**2000 Warrington Way**<br>**Suite 163**<br>**Louisville, KY 40222** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to act as Independent Review Orgaization** | |
|---|---|---|---|
| | State the term remaining | | **McBee Associates, Inc.**<br>**P.O. Box 37135**<br>**Baltimore, MD 21297-3135** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meter** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes**<br>**P.O. Box 371974**<br>**Pittsburgh, PA 15250-7874** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Server Storage Electronic Medical Records (EMR)** | |
|---|---|---|---|
| | State the term remaining | | **Rapid Scale**<br>**17872 Gillette Ave**<br>**Suite 450**<br>**Irvine, CA 92614** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Friends of Citrus And The Nature Coast, Inc.**                                    Case number *(if known)* _____

　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Realty Contract for purchase of Property located at 304 N. Main Street, Chiefland, FL 32646** | |
|---|---|---|---|
| | State the term remaining | | **Ravindra Kolaventy c/o Southern Associates Realty, LLC 1124 SE 33 Ave Ocala, FL 34471** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Security System and Servalence** | |
|---|---|---|---|
| | State the term remaining | | **Schlabagh Security and Sound 2181 W Norvell Bryant Hwy Lecanto, FL 34461** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Attorney's Office Attn:  Shea Matthew Gibbons U.S. Attorney's Office 300 N. Hogan St, Suite 700 Jacksonville, FL 32202** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Cell Phones** | |
|---|---|---|---|
| | State the term remaining | | **Verizon Wireless P.O. Box 660108 Dallas, TX 75260-0108** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Domain service** | |
|---|---|---|---|
| | State the term remaining | | **Wilson Consulting Services 1911 Grayson Highway, Ste 8/173 Grayson, GA 30017** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1    **Friends of Citrus And The Nature Coast, Inc.**                      Case number *(if known)*
      First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising** | |
|---|---|---|---|
| | State the term remaining | | **WWJB Broadcast Operations Center Post Office Box 1507 Brooksville, FL 34605** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Friends of Citrus And The Nature Coast, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | _____ | _____ | _____ | ☐ D |
| | | Street _____ | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D |
| | | Street _____ | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D |
| | | Street _____ | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D |
| | | Street _____ | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **Friends of Citrus And The Nature Coast, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2019 to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | $625,530.00 |
   | **For prior year:**<br>From  1/01/2018 to 12/31/2018 | ☑ Operating a business<br>☐ Other  _____ | $14,998,256.00 |
   | **For year before that:**<br>From  1/01/2017 to 12/31/2017 | ☑ Operating a business<br>☐ Other  _____ | $21,000,217.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2019 to **Filing Date** | Money Market Interest | $26,396.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor     **Friends of Citrus And The Nature Coast, Inc.**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached List** | | **$271,256.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Terrace Health NH LLC vs. Friends of Citrus 2018 CC 000 101** | **Contract Dispute** | **Citrus County Court 110 N. Apolka Avenue Inverness, FL 34450** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Office of Inspector General Administrative Proceeding** | **Corporate Integrity Ageement/IRO Audit-Settlement Agreement Reached** | **Office of Inspector General U.S Dept of Health and Human Services Cohen Building, Room 5527 330 Independence Avenue, SE Washington, DC 20201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

# Friends of Citrus and the Nature Coast, Inc.
## Check Detail
### May 14 - August 14, 2019

| Date | Name | Amount |
|------|------|--------|
| 05/15/2019 | Bay Area Air Conditioning Inc | -9,420.00 |
| 05/30/2019 | Bay Area Air Conditioning Inc | -250.00 |
| 06/14/2019 | Bay Area Air Conditioning Inc | -489.00 |
| 06/07/2019 | Bouchard Insurance | -24,045.63 |
| 05/15/2019 | C&K Systems Inc | -874.00 |
| 05/30/2019 | C&K Systems Inc | -150.00 |
| 06/14/2019 | C&K Systems Inc | -24.00 |
| 07/15/2019 | C&K Systems Inc | -524.00 |
| 07/31/2019 | C&K Systems Inc | -3,043.11 |
| 05/15/2019 | CenturyLink | -152.78 |
| 06/28/2019 | Cypress Cove Care Center LLC V | -9,836.73 |
| 05/15/2019 | Drummond Community Bank CC | -2,707.10 |
| 06/14/2019 | Drummond Community Bank CC | -3,868.50 |
| 07/15/2019 | Drummond Community Bank CC | -2,482.84 |
| 05/15/2019 | Duke Energy | -2,372.23 |
| 06/14/2019 | Duke Energy | -3,177.79 |
| 06/28/2019 | Duke Energy | -772.21 |
| 07/15/2019 | Duke Energy | -3,522.81 |
| 07/31/2019 | Duke Energy | -777.73 |
| 07/15/2019 | First Nonprofit Companies, Inc. | -11,750.00 |
| 05/30/2019 | Florida Blue | -8,513.37 |
| 06/28/2019 | Florida Blue | -8,513.37 |
| 07/31/2019 | Florida Blue | -8,513.37 |
| 05/30/2019 | High Springs Downtown LLC | -6,315.94 |
| 06/28/2019 | High Springs Downtown LLC | -6,315.94 |
| 07/31/2019 | High Springs Downtown LLC | -6,315.94 |
| 07/15/2019 | Nelson Mullins Riley & Scarborough LLP | -4,382.43 |
| 07/31/2019 | Nelson Mullins Riley & Scarborough LLP | -13,889.96 |
| 05/15/2019 | Palmetto GBA, LLC | -101,562.48 |
| 05/15/2019 | Philadelphia Insurance Companies | -1,259.72 |
| 06/14/2019 | Philadelphia Insurance Companies | -1,259.71 |
| 07/15/2019 | Philadelphia Insurance Companies | -3,211.70 |
| 05/15/2019 | Spherion Staffing LLC | -1,721.82 |
| 05/30/2019 | Spherion Staffing LLC | -1,738.32 |
| 06/14/2019 | Spherion Staffing LLC | -2,518.36 |
| 06/28/2019 | Spherion Staffing LLC | -1,736.80 |
| 07/15/2019 | Spherion Staffing LLC | -1,736.80 |
| 07/31/2019 | Spherion Staffing LLC | -1,382.49 |
| 05/15/2019 | Wilson Consulting Services LLC | -3,375.81 |
| 06/14/2019 | Wilson Consulting Services LLC | -3,375.81 |
| 07/15/2019 | Wilson Consulting Services LLC | -3,375.81 |
| Total: | | -271,256.41 |

| Debtor | **Friends of Citrus And The Nature Coast, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **U.S. Department of Justice/Dept. Of Health and Human Services Administrative Proceeding** | **Settlement Agreement Reached** | **U.S. Attorney's Office Attn: Shea Matthew Gibbons U.S. Attorney's Office 300 N. Hogan St, Suite 700 Jacksonville, FL 32202** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Citrus Hills NH, LLC vs. Hospice of Citrus County, Inc. 2018-CA-000109 A** | **Breach of Contract** | **Circuit Court of Citrus County 110 N. Apopka Avenue Inverness, FL 34450** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Riverwood Health NH, LLC vs. Hospice of Citrus County, LLC 20018-CA-000110 A** | **Breach of Contract** | **Circuit Court Citrus County 110 N. Apopka Avenue Inverness, FL 34450** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.6. | **Kimberly Muse Hunter vs. Friends of Citrus and the Nature Coast, Inc. 19-cv-00334** | **Wrongful termination under FLMA** | **US District Court Middle Dist of FL 207 NW Second Street Ocala, FL 34475** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.7. | **Hospice of Citrus County vs. CMS Patient Name C. Kerrick** | **Request for Reconsideration/C MS Appeal** | | ☐ Pending ☑ On appeal ☐ Concluded |
| 7.8. | **Hospice of Citrus County vs. CMS Patient V Lundy** | **Request for Reconsideration/C MS Appeal** | | ☐ Pending ☑ On appeal ☐ Concluded |
| 7.9. | **Hospice of Citrus County vs. CMA Patient L Wytiaz** | **Request for Reconsideration/C MS Appeal** | | ☐ Pending ☑ On appeal ☐ Concluded |
| 7.10. | **Hospice of Citrus County vs. CMS Patient O Preston** | **Request for Reconsideration/C MS Appeal** | | ☐ Pending ☑ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **Friends of Citrus And The Nature Coast, Inc.**                Case number *(if known)*

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nelson Mullins**<br>**P.O. Box 11070**<br>**Columbia, SC 29211** | | **pre-filing attorneys fees** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Nelson Mullins**<br>**P.O. Box 11070**<br>**Columbia, SC 29211** | | **Chapter 11 balance of Retainer** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Nelson Mullins**<br>**P.O. Box 11070**<br>**Columbia, SC 29211** | | **Advice re restructuring** | **$5,842.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

Debtor    **Friends of Citrus And The Nature Coast, Inc.**    Case number *(if known)*

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.1 **Vitas Healthcare**<br>· **Corporation of Florida**<br>**201 South Biscayne Blvd**<br>**Suite 400**<br>**Miami, FL 33131** | **Sale of fixed assets including real property, FF&E, Certificate of Need, other assets of Hospice of Citrus County** | **September 5, 2018** | **$11,000,000.00** |
| **Relationship to debtor**<br>**Buyer** | | | |
| 13.2 **Vitas Healthcare**<br>· **Corporation of Florida**<br>**201 South Biscayne Blvd**<br>**Suite 400**<br>**Miami, FL 33131** | **Sale of Real Property** | **May 30, 2019** | **$100,000.00** |
| **Relationship to debtor**<br>**Buyer** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

All Electronic Medical Records from hospice operations.

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

Debtor   **Friends of Citrus And The Nature Coast, Inc.**                          Case number *(if known)*

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ☑ Yes. Fill in below:

     | Name of plan | Employer identification number of the plan |
     |---|---|
     | **Hospice of Citrus County, Inc.** | EIN: **59-2401197** |

     Has the plan been terminated?
     ☐ No
     ☑ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Community State Bank** | **XXXX-6782** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 31, 2019** | **$398.00** |
| 18.2. | **Capital City** | **XXXX-7501** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **September 10, 2019** | **$219.18** |
| 18.3. | **BB&T** | **XXXX-1956** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 31, 2018** | **$55,737.79** |

---

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    **Friends of Citrus And The Nature Coast, Inc.**                    Case number *(if known)*

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and held in Trust | | Cemetary Plot-Garden of Tem Commandments-193L | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and held in Trust | | Cemetary Plot-Concrete Vault-Fero | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and held in Trust | | Cemetary Plot-Concrete Vault-Fero | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and held in Trust | | Cemetary Plot Fountains Memorial Park Niches | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and held in Trust | | Cemetary Plots Garden of Ten Comandments-192J, 192K, 192L, 192M | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and held in Trust | | Hartford Annuity-Budd | $9,641.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and held in Trust | | IBM Investment-2017 | $4,281.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and  held in Trust | | Bevis Company | $19,917.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated and held in Trust | | Raymond James | $12,775.00 |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Friends of Citrus And The Nature Coast, Inc.**                  Case number *(if known)*

---

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.    **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Guy Block, CFO** | **2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Hathorne Squared**<br>**1420 Lake Baldwin Lane**<br>**Suite A**<br>**Orlando, FL 32814** | **2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

---

Debtor    **Friends of Citrus And The Nature Coast, Inc.**                     Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Debtor** | **Records are maintained at the adminstrative office of the Debtor** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See Attached List** | | **2019 Board Of Directors** | **O%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bonnie L. Saylor** | | **Chief Executive Officer** | **0%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Anthony J.  Palumbo** | **4915 W Horseshoe Dr Beverly Hills, FL 34465** | **Chief Executive Officer** | **4/2004-1/2019** |
| **Guylan T.  Block** | **6138 Coral Bay Rd Tampa, FL 33647** | **Chief Financial Officer** | **7/2017-1/2019** |
| **Bonnie L. Saylor** | | **Chief Operations Officer** | **1/2005-1/2019** |

# 2019  BOARD OF DIRECTORS


**FRIENDS**
of Citrus
and the Nature Coast

| President | | Vice President | |
|---|---|---|---|
| **Mark J. Yerman (County Judge)** | | **William Dixon, M.D.   (Surgeon)** | |
| 110 North Apopka Ave, Suite 363 | | 8308 E. Fairway Loop | |
| Inverness, FL 34450 | | Inverness, FL 34450 | |
| Office:  352.341.6713 | | Fax:  352.726.9132 (fax) | |
| myerman@circuit5.org | | Cell:  352.212.4020 (cell) | |
| Began serving October 1997 | | dixonbill513@yahoo.com | |
| Represents east Citrus | | Began serving 1983 | |
| | | Represents east Citrus | |
| | | | |
| **Treasurer & Finance Committee Chairman** | | **Secretary** | |
| **Debbie Rector (Real Estate)** | | **Carol Rowda, RN, B.S.N.   (Medical)** | |
| 1011 E Norvell Bryant Hwy | | 8950 East Eden Walk Ct | |
| Hernando, FL  34442 | | Inverness, FL 34450 | |
| 352.341.2822 | | 352.527.1825 Monday only | |
| Cell:  352.302.7338 | | Cell:  352.563.9094 | |
| debbierector1@gmail.com | | rowda1@embarqmail.com | |
| Began serving October 2004 | | Began serving April 1991 | |
| Represents north Citrus | | Represents east Citrus | |
| | | | |
| **Finance Committee Member** | | **Finance Committee Member** | |
| **Jack Moring (Attorney)** | | **Robert F. Bonomo (Banking)** | |
| 7655 W Gulf to Lake Hwy | | 2455 N Citrus Hills Blvd | |
| Crystal River FL  34429 | | Hernando FL 34442 | |
| 352.795.1797 (work) | | 352.249.3080 | |
| jmoring@moringlaw.com | | cell: 352.220.4307 | |
| Began serving April 2012 | | rbonomo@drummondbank.com | |
| Represents northwest Citrus | | Began serving June 2017 | |
| | | Represents Citrus | |
| | | | |
| **Finance Committee Member** | | **Ken Heimann (Pharmacist)** | |
| **Edward Levin (Life Insurance and Annuity Sales)** | | 214 US 41 | |
| 5272 S. Riverview Circle | | Inverness, FL  34450 | |
| Homosassa, FL  34448 | | 352.726.1021 | |
| 352.621.3103 | | Cell:  352-212-6100 | |
| Cell:  352.634.4793 | | bwrexall@tampabay.rr.com | |
| ed11clu@yahoo.com | | Began serving September 16, 2011 | |
| Began serving June 2012 | | Represents east Citrus | |
| Represents west Citrus | | | |

# 2019 BOARD OF DIRECTORS


FRIENDS
of Citrus
and the Nature Coast

| **Alida Langley** | | | **Shelby Weingarten (School Administrator)** | |
|---|---|---|---|---|
| PO Box 286 | | | 23 Pine Drive | |
| Floral City, FL 34436 | | | Homosassa, FL  34446 | |
| Cell:  352.212.4089 | | | 352-442-1263 (cell) | |
| angel955@embarqmail.com | | | shelbyweingarten@me.com | |
| Began serving November 2002 | | | Began serving October 5, 2011 | |
| Represents east Citrus | | | Represents west Citrus | |
| | | | | |
| **Bill Cassarly (Donor Services)** | | | **Jimmie T Smith** | |
| 11611 Research Circle | | | 110 N Apopka Ave | |
| Alachua FL  32615 | | | Inverness FL  34450 | |
| 386.418.8888 ext 4334 | | | 352.341.6560 | |
| cell:  352.213.1921 | | | Cell:  352-489-2120 | |
| Fax:  386.518.6656 | | | jimmietsmith@gmail.com | |
| billcass@me.com | | | Began serving April 2018 | |
| Began serving May 2009 | | | Represents central Citrus | |
| Represents north central Florida | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Debtor    **Friends of Citrus And The Nature Coast, Inc.** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See Attached List** | | **Board of Directors** | **2017-2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Deborah McNulty** | **3174 E. Buck Ct Inverness, FL 34452** | **Chief Compliance Officer** | **9/2000-9/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Henry S. Boling** | **35714 Lakewood Drive Leesburg, FL 34788** | **Chief Security Officer** | **2/2015-9/2018** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 14, 2019_

_____    **Bonnie L. Saylor**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Executive Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# 2017 2018 BOARD OF DIRECTORS


HOSPICE
of Citrus
and the Nature Coast
Licensed 1985

**President**
Mark J. Yerman (County Judge) 3C
110 North Apopka Ave, Suite 363
Inverness, FL 34450
Office: 352.341.6713
myerman@circuit5.org
Began serving October 1997
Represents east Citrus

**Vice President & Finance Committee Member**

**Treasurer & Finance Committee Chairman**
Debbie Rector (Real Estate) 3C
1011 E Norvell Bryant Hwy
Hernando, FL 34442
352.341.2822
Cell: 352.302.7338
debbierector1@gmail.com
Began serving October 2004
Represents north Citrus

**Secretary**
Carol Rowda, RN, B.S.N.  (Medical) 3C
8950 East Eden Walk Ct
Inverness, FL 34450
352.527.1825 Monday only
Cell: 352.563.9094
cjrowda@gmail.com
Began serving April 1991
Represents east Citrus

**Finance Committee Member**
Jack Moring (Attorney) 3C
7655 W Gulf to Lake Hwy
Crystal River FL 34429
352.795.1797 (work)
jmoring@moringlaw.com
Began serving April 2012
Represents northwest Citrus

William Dixon, M.D.  (Surgeon) 3C
8308 E. Fairway Loop
Inverness, FL 34450
Fax:  352.726.9132 (fax)
Cell:  352.212.4020 (cell)
dixonbill513@yahoo.com
Began serving 1983
Represents east Citrus

**Finance Committee Member**
Edward Levin (Life Insurance and Annuity Sales) 3C
5272 S. Riverview Circle
Homosassa, FL  34448
352.621.3103
Cell:  352.634.4793
ed11clu@yahoo.com
Began serving June 2012
Represents west Citrus

Ken Heimann (Pharmacist) 3C
214 US 41
Inverness, FL  34450
352.726.1021
Cell:  352-212-6100
bwrexall@tampabay.rr.com
Began serving September 16, 2011
Represents east Citrus

5/9/2018

## 2017 2018 BOARD OF DIRECTORS



**HOSPICE**
of Citrus
and the Nature Coast
Licensed 1985

Alida Langley 3C
PO Box 286
Floral City, FL 34436
Cell: 352.212.4089
angel955@embarqmail.com
Began serving November 2002
Represents east Citrus

Bill Cassarly (Donor Services) 3A
11611 Research Circle
Alachua FL 32615
386.418.8888 ext 4334
cell: 352.213.1921
Fax: 386.518.6656
billcass@me.com
Began serving May 2009
Represents 3A

Shelby Weingarten (School Administrator) 3C
23 Pine Drive
Homosassa, FL 34446
352-442-1263 (cell)
shelbyweingarten@me.com
Began serving October 5, 2011
Represents west Citrus

Robert F. Bonomo (Banking) 3C
2455 N Citrus Hills Blvd
Hernando FL 34442
352.249.3080
cell: 352.220.4307
rbonomo@drummondbank.com
Began serving June 2017
Represents Citrus

Jimmie T. Smith (County Commissioner)
110 N Apopka Ave
Inverness FL 34450
352.341.6560
Cell: 352.489.2120
jimmie.smith@citrusbocc.com
Began April 2018
Represents central Citrus

Finance Committee Member

5/9/2018

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Friends of Citrus And The Nature Coast, Inc.** _____   Case No. _____
                                               Debtor(s)             Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 105,842.50 |
   | Prior to the filing of this statement I have received | $ | 105,842.50 |
   | Balance Due | $ | 0.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Preparation, Negotiation and Filing of Chapter 11 Plan and Disclosure Statement as well as representation through the confirmation of same.   Representation in connection with claims objections, all contested matters and  defense of any adversary proceedings.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/14/19 _____    /s/ Frank P. Terzo
*Date*                                              **Frank P. Terzo 906263**
                                                   *Signature of Attorney*
                                                   **Nelson Mullins Broad and Cassel**
                                                   **100 SE 3rd Avenue**
                                                     **Suite 2700**
                                                     **Fort Lauderdale, FL 33394**
                                                     **954-764-7060  Fax: 954-761-8135**
                                                     **frank.terzo@nelsonmullins.com**
                                                     *Name of law firm*